Criminal Std (6/13/2012)

HONORABLE: Smith
DEPUTY CLERK: Sunbury
RPTR/ECRO/TAPE: FTR
USPO: Morin
INTERPRETER: ___

TOTAL TIME: 1 hours 20 minutes
DATE: 4/10/14   START TIME: 11:20   END TIME: 12:40

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☒ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☒ MOTION HRG

CRIMINAL NO. 14cr60RNC   DEFT # ___

UNITED STATES OF AMERICA
vs
Steven Martone

J. Durham
AUSA

J. Donovan
Counsel for Defendant Ret ☐ CJA ☒ PDA ☐

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ☐ Arrest Date (CT Case): ___ ☐ Case unsealed or ☐ Rule 5 arrest, ___ Dist of ___
- ☐ CJA 23 Financial Affidavit filed ☐ under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☐ Court appoints Attorney ___ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ Appearance of ___ filed
- ☐ ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ___ filed
- ☐ ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ___ of the ___ (indict, superseding indict, info)
- ☐ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due ___ ; Government responses due ___
- ☐ Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for ___ at ___
- ☐ Jury Selection set for ___ at ___
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☐ Sentencing set for ___ at ___ ☐ Probation 246B Order for PSI & Report
- ☐ Special Assessment of $___ on count(s) ___. Total $ ___ ☐ Due immediately ☐ Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/committed to originating /another District of ___
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ Bond ☐ set at $___ ☐ reduced to $___ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☒ Defendant detained
- ☐ ___ Hearing ☐ waived ☐ set for ___ ☐ continued until ___
- ☐ Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | | | |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... #15 Deft Martone Motion for Tracy Hayes to w/d as atty. | | | ☒ granted ☐ denied ☐ advisement |
| ☐ ..... # Deft _____ Motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... #7 Govt Motion PT Detention _____ | | | ☒ granted ☐ denied ☐ advisement |
| ☐ ..... # Govt Motion _____ | | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | | | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | | | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | | | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | | | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☐ ..... _____ | | | ☐ filed ☐ granted ☐ denied ☐ advisement |