Crim-Mot hrg (Dec-2008)

HONORABLE:_____

DEPUTY CLERK_____   RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes   USPO_____   INTERPRETER_____

DATE:_____   START TIME: _____   END TIME:_____

LUNCH_RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO._____Deft #_____

UNITED STATES OF AMERICA                    _____

                                                                                           AUSA

        vs

        _____             _____

                                                                Defendant's Counsel ☐ CJA ☐ Retained ☐ PDA

TC      **HEARING ON CRIMINAL MOTIONS**

☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____Motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's motion_____   ☐ granted ☐ denied ☐ advisement
☐......#___   Govt's motion_____   ☐ granted ☐ denied ☐ advisement
☐......#___   Deft_____oral motion_____   ☐ granted ☐ denied ☐ advisement  w/o P
☐......#___   Deft_____oral motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Deft_____oral motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's oral motion_____   ☐ granted ☐ denied ☐ advisement
☐......# ___   Govt's oral motion_____   ☐ granted ☐ denied ☐ advisement
☐..............   Brief(s) due_____ Response(s) due_____   Replies due_____
☐..............   Bond ☐ set at $_____ ☐ reduced to $_____   ☐ Non-surety ☐ Surety ☐ PR
☐..............   Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐..............   Defendant REMANDED to custody
☐..............   Competency Hearing ☐ held ☐ continued until _____ at _____
☐..............   _____hearing continued until _____ at _____
☐..............   Court finds defendant_____ ☐ competent ☐ incompetent
☐..............   Court orders defendant_____ to undergo psychiatric evaluation
☐..............   Motion Hearing continued until _____ at _____
☐..............   SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____