UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NO. 3:14-CR-60 (RNC) |
| | : | |
| V. | : | |
| | : | |
| JOHN VAILETTE, et al, | : | |
| | : | |
| | : | |
| | : | AUGUST 28, 2014 |
| | : | |

**DEFENDANT JOHN VAILETTE'S MEMORANDUM IN OPPOSITION TO GOVERNMENT'S PROPOSED PROTECTIVE ORDER**

For the reasons stated on the record in the status conference held on August 12, 2014 (Dkt. No. 47) and in his Opposition to Government's Motion for Protective Order Regarding Disclosure of Its Non-Law Enforcement Witnesses (Dkt. No. 35), Mr. Vailette respectfully objects to the Proposed Protective Order filed by the Government on August 25, 2014.[1] (Dkt. No. 48.)

First, withholding the names of the non-law enforcement witnesses from Mr. Vailette until shortly before the start of the trial irrevocably impairs the ability of his defense counsel to provide him with constitutionally-effective assistance. The proposed protective order

---

[1] Counsel for Defendant John Vailette did not have the opportunity to confer with the Government concerning its Proposed Protective Order. The Government provided defense counsel with the Proposed Protective Order after 5:00 p.m. on Friday, August 22, 2014 with the instruction that defense counsel provide it with any objections or concerns prior to Monday, August 25, 2014. On Monday morning, Attorney Polan, one of Mr. Vailette's defense counsel, advised AUSA John Durham via email that she would be discussing the Government's Proposed Protective Order with co-counsel on Tuesday morning, August 26th, and would respond after that conference. Nonetheless, the Government filed its Proposed Protective Order at 1:43 p.m. on Monday, August 25, 2014. Having had no opportunity to raise his objections to the proposed language of the protective order with the Government, Mr. Vailette is submitting them to the Court as part of this Objection.

unreasonably restricts Mr. Vailette's ability to communicate with his counsel and renders him helpless to assist in his defense on the key issue of non-law-enforcement witness credibility.

Second, the Government has not set forth any compelling evidence that Mr. Vailette would intimidate or coerce any of the potential witnesses. The assertions made in the Government's sealed affidavit do not provide sufficient evidentiary support for the contention that Mr. Vailette has threatened to or actually intimidated any witnesses in this case.[2] Furthermore, the additional supplemental representations of the Government made during the status conference did not provide sufficient evidence of threatening behavior.

Assuming *arguendo* that the Court intends to issue a protective order to prevent Mr. Vailette from having access to the names of non-law-enforcement witnesses, including those he allegedly made admissions to, he further objects to the Proposed Protective Order filed by the Government. In particular, the requirement that defense counsel, every staff member, and every other member of the defense team sign an Acknowledgement and Agreement to be Bound is unreasonable and unnecessary. Defense counsel are members of the bar and should be accorded the respect that they will follow an order of the Court without having to sign such a document to the same effect. Additionally, to require defense counsel to have every staff member or other defense team member who may come into contact with any of the information provided by the Government sign the Acknowledgement and Agreement to be Bound and then submit those forms to the Government would be an unnecessary and onerous burden.

---

[2] During the August 12, 2014 telephonic conference, the Court also denied Mr. Vailette's motion for an evidentiary hearing on the Government's generalized and non-specific assertions as to him.

For the reasons set forth above, the Government's Proposed Protective Order must be denied.

**DEFENDANT
JOHN VAILETTE**

By */s/ Kathleen E Dion*
    Craig A. Raabe (ct04116)
    Kathleen E. Dion (ct28605)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299
    E-mail: craabe@rc.com; kdion@rc.com


By */s/ Diane Polan*
    Diane Polan (ct00223)
    Polan & Simmons, LLC
    746 Chapel Street, Suite 202
    New Haven, CT 06510
    Tel. No.: (203) 865-5000
    Fax No.: (203) 865-2177
    E-mail: diane.polan@polanlaw.net

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all applicable parties by operation of the Court's electronic filing system.

*/s/ Kathleen E Dion*
Kathleen E. Dion
